### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **DAVID L. PAINTER,** | )<br>) |
| **Plaintiff,** | ) |
| v. | )  Case No. 11-CV-2133 |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| sued as Michael J. Astrue, Commissioner of Social Security, | ) |
| **Defendant.** | ) |

### ORDER

A Report and Recommendation (#17) was filed by Magistrate Judge David G. Bernthal in the above cause on December 13, 2012. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#17) is accepted by this court.

(2) Defendants' Motion for an Order Which Affirms the Commissioner's Decision (#15) is DENIED and Plaintiff's Motion for Summary Judgment (#12) is GRANTED.

(3) The Commissioner's decision is reversed, and this case is remanded for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g), with instructions that the Administrative Law Judge consider the medical source statements of treating physicians Dr. Cataldo and Dr. Richardson.

(4) The clerk of the court is directed to enter judgment in favor of Plaintiff.

(5) This case is terminated.

ENTERED this <u>3rd</u> day of <u>January</u>, 2013.


s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE